UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL** **JS-6**

Case No. 5:26cv05263 CAS (DTBx) Date: November 4, 2026

Title *ROBERT R. BARELLA, JR; ET AL. v. NISSAN NORTH AMERICA, INC.*
*[AND RELATED COUNTERCLAIM]*

---

Present: The Honorable: CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) – JOINT NOTICE OF SETTLEMENT [24] (Filed November 4, 2026)

THE COURT, having been notified by counsel that the above-entitled action has been settled on or about November 4, 2026;

IT IS HEREBY ORDERED that this action is hereby removed from this Court's active caseload until further application by the parties or order of this Court.

IT IS FURTHER ORDERED that counsel shall file a proper stipulation for dismissal or a joint report detailing settlement status within **90 days** and every quarter thereafter until a stipulation for dismissal is filed.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. All dates in this action are hereby **VACATED** and the pending motions are denied as moot [16] [19] .

IT IS SO ORDERED.

00:00

**Initials of Preparer** CMJ